■ LENA R. GARLEN, Individually and as a Stockholder of GREEN MANSIONS, INC., Suing on Behalf of Herself and All Other Stockholders of GREEN MANSIONS, INC., Similarly Situated, v. GREEN MANSIONS, INC., et al.— Motion

for leave to reargue appeal denied, with $10 costs. The defendant, Green Mansions, Inc., is granted leave to appear by independent counsel and serve an answer within 20 days after the entry of the order herein. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.